IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR253 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| ENRICO ROMERO, | ) | |
| Defendant. | ) | |

The Court has been advised that the Defendant has been accepted into the Arch Treatment Program and must appear before 11:00 a.m. on May 22, 2012.

IT IS ORDERED that the Defendant shall be released from his place of incarceration in Cass County, Nebraska, no later than 9:00 a.m. on May 22, 2012 and that the Federal Public Defender's Office will arrange for his transport to the Arch immediately upon his release.

IT IS FURTHER ORDERED that the defendant shall participate and successfully complete the ARCH treatment program and that all other existing terms of his supervised release continue in full force and effect.

DATED this 21st day of May, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court